IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES CODY REWIS,

       Appellant,

  v.

Case No. 5D23-49
LT Case No. 16-2021-MM-005094-AXXX

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed February 28, 2023

Appeal from the County Court
for Duval County,
Roberto A. Arias, Judge.

Charlie Cofer, Public Defender, and Elizabeth
Hogan Webb, Assistant Public Defender,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Damaris
E. Reynolds, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., JAY and EISNAUGLE, JJ., concur.